944

No. 264, Misc.  HACKWORTH  v.  HIATT,  WARDEN. C. A. 5th Cir.  Certiorari denied.

No. 314, Misc.  McGUIRE v. INDIANA.  Supreme Court of Indiana.  Certiorari denied.  *Tyrah E. Maholm* for petitioner.

No. 315, Misc.  HANSBROUGH v. INDIANA.  Supreme Court of Indiana.  Certiorari denied.  *Tyrah E. Maholm* for petitioner.

No. 330, Misc.  ALLOWAY v. SIMPSON, SUPERINTENDENT.  Supreme Court of Wisconsin.  Certiorari denied.

No. 352, Misc.  RUSSELL v. CLAUDY, WARDEN.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 361, Misc.  BYARS v. WARDEN OF THE MARYLAND PENITENTIARY.  Court of Appeals of Maryland.  Certiorari denied.

No. 368, Misc.  WHITE v. INDIANA ET AL.  Supreme Court of Indiana.  Certiorari denied.

No. 379, Misc.  WOJDAKOWSKI v. BURKE, WARDEN.  Supreme Court of Pennsylvania.  Certiorari denied.